IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE MOSS, ) | |
| ) | Civil Action No. 06 - 433 |
| Petitioner, ) | |
| ) | Judge Arthur J. Schwab / |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| LOIS S. FOLINO, and THE ATTORNEY ) | |
| GENERAL OF PENNSYLVANIA, ) | |
| ) | |
| Respondents. ) | |

## ORDER

The Petitioner in this case filed a "Motion to Delete Pennsylvania Rule of Criminal Procedure 142(D) and Replace with Rule 5443(B)". Upon review of the document, it is a supplement to the Petition that corrects a defect in the original filing. For this reason, the motion will be terminated, but considered by the Court as a supplemental filing. Therefore,

**IT IS ORDERED** this 27 day of April, 2006, that Petitioner's "Motion to Delete Pennsylvania Rule of Criminal Procedure 142(D) and Replace with Rule 5443(B)" is **TERMINATED**, and will be considered as a supplement to the Petition by the Court.

**IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

4-27-06
Date

Lisa Pupo Lenihan
United States Magistrate Judge

cc:  Tyrone Moss
     ES - 9564
     S.C.I. Greene
     175 Progress Drive
     Waynesburg, PA  15370